IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) MISC.  NO. ) 1:14-mc-61 |
| v. | ) ) |
| AMERICOLD LOGISTICS, LLC | ) ) |
| Respondent. | ) ) |
| _____ | ) |

**Application For An Order To Show Cause Why
An Administrative Subpoena Should Not Be Enforced**

1.      This is an action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-9.

2.      Jurisdiction is conferred upon the court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9.

3.      Applicant and Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

4.      The Respondent is an employer doing business in the State of Indiana with a facility in Indianapolis.

5.      On May 7, 2014, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), the EEOC issued to the Respondent Subpoena No. IN-14-225, which was duly served on the Respondent.

6.      Subpoena No. IN-14-225 required the Respondent to produce information needed as part of the EEOC's investigation of charges of unlawful employment practices, Charge Nos. 470-2013-00373 and 470-2013-00472, which have been filed against the Respondent.

7.      The Respondent has not filed a timely petition to revoke or modify the Subpoena

8.      The Respondent has refused to fully comply with Subpoena No. IN-14-225.

9.      Respondent's failure to fully comply with the Subpoena has delayed and hampered the EEOC's investigation.

10.      The accompanying Declaration of Webster N. Smith, District Director, filed concurrently herewith, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

a) That the Court issue an Order directing the Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing the Respondent to comply with the subpoena;

b) That, upon return of the Order to Show Cause, an Order issue directing the Respondent to comply with the subpoena; and

c)  That the Equal Employment Opportunity Commission be granted its costs

and such further relief as may be necessary and appropriate.

Respectfully submitted,

LAURIE A. YOUNG,  #11480-49
Regional Attorney

MICHELLE F. EISELE, #12070-49
Supervisory Trial Attorney


s/Jo Ann Farnsworth
JO ANN FARNSWORTH, #8364-49
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis, Indiana 46204
(317) 226-7949
FAX:  (317) 226-5571
e-mail: joann.farnsworth@eeoc.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the EEOC's Application for An Order To Show Cause Why An Administrative Subpoena Should Not Be Enforced, Memorandum in Support of EEOC's Application for An Order To Show Cause Why An Administrative Subpoena Should Not Be Enforced, Declaration of District Director, and proposed Order were sent by certified mail, return receipt requested, this 17th day of June, 2014 to:


CT Corporation System, Registered Agent for
     Americold Logistics, LLC
150 W. Market Street
Ste. 800
Indianapolis, IN 46204

Sheldon M. Kline
Karin H. Johnson
SHEPPARD MULLIN RICHTER
     & HAMPTON, LLP
1300 I Street, NW, 11th Floor East
Washington, D.C., 20005-3314


<div style="margin-left:40%">

<u>s/Jo Ann Farnsworth</u>
JO ANN FARNSWORTH, #8364-49
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis, IN 46204
(317) 226-7949
FAX: (317) 226-5571
Email: joann.farnsworth@eeoc.gov

</div>

4