IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
            )
            ) CIVIL ACTION NO.
        Plaintiff, ) 1:14-mc-00061-JMS-DML
            )
     v. )
            )
AMERICOLD LOGISTICS, LLC )
            )
        Respondent. )

## NOTICE OF SERVICE

Comes now the Plaintiff, the Equal Employment Opportunity Commission, and

notifies the Court that on June 18, 2014, the Plaintiff did serve the Order to Show Cause on

Respondent Americold Logistics, LLC, by mailing it by certified mail to CT Corporation

System, Registered Agent for Americold Logistics, LLC, at 150 W. Market Street, Ste.

800, Indianapolis, Indiana, 46204. A copy of the certified mail return receipt from the

Registered Agent is attached.

                          Respectfully submitted,

                          LAURIE A. YOUNG, #11480-49
                          Regional Attorney

                          MICHELLE F. EISELE, #12070-49
                          Supervisory Trial Attorney

                          s/Jo Ann Farnsworth
                          JO ANN FARNSWORTH, #8364-49
                          Senior Trial Attorney
                          EQUAL EMPLOYMENT OPPORTUNITY
                            COMMISSION

101 W. Ohio Street, Suite 1900
Indianapolis, Indiana 46204
(317) 226-7949
FAX: (317) 226-5571
e-mail: joann.farnsworth@eeoc.gov

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4™ in this box•

**EEOC Legal Unit**
Indianapolis District Office
101 West Ohio St., Suite 1900
Indianapolis, IN 46204



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>CT Corporation System<br>Americold Logistics, LLC<br>150 W. Market St., Ste. 800<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7000 1530 0001 4494 9724 | |
| PS Form 3811, July 2013  Domestic Return Receipt | |

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the EEOC's Notice of Service was sent by U.S. mail, postage prepaid, this 23rd day of June, 2014 to:


CT Corporation System, Registered Agent for
          Americold Logistics, LLC
150 W. Market Street
Ste. 800
Indianapolis, IN 46204

Sheldon M. Kline
Karin H. Johnson
SHEPPARD MULLIN RICHTER
          & HAMPTON, LLP
1300 I Street, NW, 11th Floor East
Washington, D.C., 20005-3314


s/Jo Ann Farnsworth
JO ANN FARNSWORTH, #8364-49
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis, IN 46204
(317) 226-7949
FAX: (317) 226-5571
Email: joann.farnsworth@eeoc.gov